UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICIA KENNEDY, individually

    Plaintiff,

v.                                          Case No:  2:15-cv-772-FtM-38CM

MY NAPLES SUNSHINE, LLC,
KILLER COOKE, LLC, QUEENY
BEE, LLC and GULF COAST
GROUPER AND CHIPS INC.,

    Defendants.
_____/

## **ORDER**[1]

This matter comes before the Court on the Plaintiff Patricia Kennedy and Defendant Gulf Coast Grouper and Chips, Inc.'s Joint Stipulation Dismissing Case With Prejudice (Doc. #23) filed on February 22, 2016.  Plaintiff commenced this suit under Title III of the Americans With Disabilities Act, 42 U.S.C. § 12181 et seq., on December 10, 2015.  (Doc. #1).  Plaintiff and Defendant Gulf Coast Grouper have now settled the claims between them and agree to dismiss this case with prejudice as to Defendant Gulf Coast Grouper only.  (Doc. #23; Doc. #22).  Defendants My Naples Sunshine, LLC, Killer Cooke, LLC and Queeny Bee, LLC are to remain in this action.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

The Joint Stipulation Dismissing Case With Prejudice as to Defendant Gulf Coast Grouper and Chips, Inc. (Doc. #23) is **GRANTED**.  This Order does not affect Plaintiff's case as against Defendants My Naples Sunshine, LLC, Killer Cooke, LLC and Queeny Bee, LLC.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of February, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record